3)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**AUG 1 6 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JOE B. MCDUFFIE** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **Civil Action No. _CAB-01-143_** |
| **GUILLERMO SALINAS, JR.,** | § | |
| **HECTOR GARZA and JENNIFER** | § | |
| **KEESE,** | § | |
| **Defendants** | § | |

### DEFENDANT JENNIFER KEESE
### CONSENT TO REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Jennifer Keese hereby acknowledges her consent to the removal of the above-

referenced matter to federal court.

Respectfully submitted,

*Jennifer Keese*

Jennifer Keese, *pro se*
123 Beach St.
Port Mansfield, Texas 78598

Consent to Removal

Page 1

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Consent to Removal** has been provided to:

Joe B. McDuffie, *pro se*
303 South Shore Drive
Port Mansfield, Texas 78598

Joanna R. Lippman
FLETCHER & SPRINGER, L.L.P.
720 Brazos, Suite 720
Austin, Texas  78701

by Certified Mail Return Receipt Requested on *August 14, 2001*, 2001.

*Jennifer Keese*
Jennifer Keese, *pro se*