IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOE B. MCDUFFIE<br>Plaintiff, | § § § | |
| vs. | § § | Civil Action No. B-01-143 |
| GUILLERMO SALINAS, JR.,<br>HECTOR GARZA and JENNIFER<br>KEESE,<br>Defendants | § § § § § | |

### NOTICE OF INTERESTED ENTITIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants GUILLERMO SALINAS, JR. and HECTOR GARZA, (hereinafter referred to as "Defendants Salinas and Garza"), file this notice of known entities and individuals with financial interest in this litigation, and would respectfully identify the entities and individuals as follows:

Joe B. McDuffie, *pro se* Plaintiff

Jennifer Keese, *pro se* Defendant and Counter-Plaintiff

Guillermo Salinas, Jr. and Hector Garza, Defendants

Willacy County

Texas Association of Counties County Government Risk Management Pool

Respectfully submitted,

**FLETCHER & SPRINGER, L.L.P.**
720 Brazos Street, Suite 1100
Austin, Texas 78701
(512) 476-5300 [voice]
(512) 476-5771 [facsimile]

_____
William W. Krueger III
State Bar No. 11740530
Southern District No. 12827
Joanna R. Lippman
State Bar No. 00791122

Attorneys for Defendants
**Guillermo Salinas, Jr. and Hector Garza**

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Defendants' Notice of Interested Entities** has been provided to:

Joe B. McDuffie, *pro se*
303 South Shore Drive
Port Mansfield, Texas 78598

Jennifer Keese, *pro se*
123 Beach St.
Port Mansfield, Texas 78598

by Certified Mail Return Receipt Requested on _____August 29_____, 2001.

_____
William W. Krueger, III