

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOE B. MCDUFFIE<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. B-01-143 |
| GUILLERMO SALINAS, JR.,<br>HECTOR GARZA and JENNIFER<br>KEESE,<br>Defendants | §<br>§<br>§<br>§ | |

## REPLY TO PLAINTIFF'S RESPONSE TO NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants GUILLERMO SALINAS, JR. and HECTOR GARZA, (hereinafter referred to as "Defendants Salinas and Garza"), file this their Reply to Plaintiff's Response to Notice of Removal, and would respectfully show this Honorable Court the following:

### I.
### Brief Statement of Facts

Plaintiff seeks damages for excessive force. There is no state law claim for damages based on excessive force. Moreover, Plaintiff complains of arrest and prosecution without probable cause. These causes of action arise from the rights preserved by the United States Constitution. As Plaintiff complains that he has been deprived of federally protected rights of liberty and property under color of state law, Plaintiff's claims are within the original and removal jurisdiction of this Honorable Court.

WHEREFORE, PREMISES CONSIDERED, Defendants Guillermo Salinas, Jr. and Hector Garza pray that this action be removed to this Court and that this Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

Respectfully submitted,

**FLETCHER & SPRINGER, L.L.P.**
720 Brazos Street, Suite 1100
Austin, Texas 78701
(512) 476-5300 [voice]
(512) 476-5771 [facsimile]

_William W. Krueger III_
William W. Krueger III (lead counsel)
State Bar No. 11740530
Southern District No. 12827
Joanna R. Lippman
State Bar No. 00791122

Attorneys for Defendants
**Guillermo Salinas, Jr. and Hector Garza**

### Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Plaintiff's Response to Notice of Removal** has been provided to:

Joe B. McDuffie, *pro se*
303 South Shore Drive
Port Mansfield, Texas 78598

Jennifer Keese, *pro se*
123 Beach St.
Port Mansfield, Texas 78598

by Certified Mail Return Receipt Requested on ___August 31___, 2001.

_William W. Krueger III_
William W. Krueger, III