7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 5 2001

Michael N. Milby
Clerk of Court

JOE B. MCDUFFIE
   Plaintiff,

vs.

GUILLERMO SALINAS, JR.,
HECTOR GARZA and
JENNIFER KEESE
   Defendants

Civil Action No. B-01-143

## NOTICE OF INTERESTED ENTITIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff JOE B. MCDUFFIE files this notice of known entities and individuals with financial interest in this litigation, and would respectfully identify the entities and individuals as follows:

   Joe B. McDuffie and Katherine L. McDuffie, *pro se* Plaintiffs
   Jennifer Keese, *pro se* Defendant
   Guillermo Salinas, Jr., Defendant
   Hector Garza, Defendant
   Willacy County
   Willacy County Sheriff Department, Defendant
   Willacy County Navigation District, Defendant

Respectfully submitted,

Joe B. McDuffie, *pro se*
PLAINTIFF
303 S. Shore Dr.
Port Mansfield, Texas 78598
(956) 944-2777

## Certificate of Service

I here by certify that a true and correct copy of the foregoing and attached **Plaintiff's Notice of Interested Entities** has been provided to :

William W. Krueger III
FLETCHER & SPRINGER, L.L.P.
720 Brazos Street, Suite 1100
Austin, Texas 78701

Jennifer Keese, *pro se*
123 Beach St.
Port Mansfield, Texas 78598

Willacy County Sheriff Department
576 W. Main
Raymondville, Texas 78580

Willacy County Navigation District
295 E. Hidalgo
Raymondville, Texas 78580

by Certified Mail Return Receipt Requested on ___Sept 4___, 2001.

_____
Joe B. McDuffie