AO 440 (Rev. 1/95) Summons in a Civil Action

RETURN OF SERVICE  Certified mail receipt # 7000 1670 0001 8985 32

COPY

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10-11-01  CAB-01-14 |
| NAME OF SERVER (PRINT) Katherine McDuffie | TITLE Plaintiff |

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail return receipt requested sent 10-11-01 recieved 10-12-01 at Willacy County Sheriff Department signed by employee of Willacy County Sheriff Department

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES Certified mail $4.86 | TOTAL $4.86 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-17-01
Date

Signature of Server: Katherine McDuffie

Address of Server: 303 S. Shore Dr. Port Mansfield, T

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.