**COPY**

RETURN OF SERVICE

Certified mail receipt
# 7000 1670 0001 8985 327

Service of the Summons and Complaint was made by me[1]   DATE 10-11-01   CAB-01-14

NAME OF SERVER (PRINT): Katherine McDuffie   TITLE: Plaintiff

OCT 1 8 2001

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail Receipt return requested sent 10-11-01 Received 10-12-01 at Willacy County Navigation district signed by Virginia Velaraz

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | certified mail  $4.86 | $4.86 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-17-01
         Date

Signature of Server: Katherine McDuffie

Address of Server: 303 S. Shore Dr Port Mansfield, TX

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.