IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 6 2001

Michael N. Milby
Clerk of Court

JOE B. MCDUFFIE and
KATHERINE MCDUFFIE
    Plaintiffs,

vs,                                    Civil Action No. B-01-143

GUILLERMO SALINAS, JR.
HECTOR GARZA
JENNIFER KEESE
WILLACY COUNTY SHERIFF DEPARTMENT
WILLACY COUNTY NAVIGATION DISTRICT
    Defendants

## DEFENDANTS' FIRST AMENDED ORIGINAL ANSWER, TO PLAINTIFFS SECOND AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, JENNIFER KEESE, Pro Se, Defendant in the above entitled and numbered cause, and in response to the claims and allegations in Plaintiffs Second Amended Original Petition on file herein, would respectfully show the court the following:

### FIRST AMENDED ORIGINAL ANSWER

**I.**

    Defendant denies each and every, all and singular, the material allegations in Plaintiffs Second Amended Original Petition, and demands strict proof thereof by a preponderance of the credible evidence, as is required by the Constitution and laws of the States of Texas.

**II.**

    Defendant at this time reserves the right to amend this answer after she has had a chance to examine more fully the allegations in Plaintiffs Second Amended Original Petition.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that upon final judgement and hearing hereof Plaintiffs take nothing by thier suit, that Defendant be awarded judgement and her costs of court herein expended, and that she have such other and further relief, both general and special, at law and in equity, to which she may show herself justly entitled.

*/s/ Jennifer Keese*
Jennifer Keese, Pro Se
123 Beach Street
Port Mansfield, Texas 78598
(956) 944-2447

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on Joe B. and Katherine McDuffie, Plaintiffs, in accordance with the Texas Rules of Civil Procedure on October 25, 2001.

*/s/ Jennifer Keese*
Jennifer Keese, Pro Se

ClibPDF - www.fastio.com

MAIL

United States District Court
Southern District of Texas
RECEIVED

October 25, 2001

OCT 2 6 2001
10:33 AM WA

Michael N. Milby, Clerk

Juan Barbosa, Deputy in Charge
United States District Court
1158 Federal Building
600 E. Harrison Street
Brownsville, Texas 78520-7114

RE: Civil Action No. B-01-143; Joe B. McDuffie and Katherine McDuffie vs Guillermo Salinas, Jr., Hector Garza, Jennifer Keese, Willacy County Sheriff Department, and Willacy County Navigation District; In The United States District Court, Southern District.

Dear Mr. Juan Barbosa;

Enclosed for filing in the above referenced case is Defendant's First Amended Original Answer, To Plaintiffs Second Amended Original Petition.

By copy of this letter, all parties are being notified of this filing.

Sincerely,

*Jennifer Keese*

Jennifer Keese, Pro Se
123 Beach Street
Port Mansfield, Texas 78598
(956) 944-2447

ClibPDF - www.fastio.com