IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOE B. MCDUFFIE § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. B-01-143 |
| § | |
| GUILLERMO SALINAS, JR., § | |
| HECTOR GARZA and JENNIFER KEESE, § | |
| § | |
| Defendants § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant WILLACY COUNTY NAVIGATION DISTRICT, pursuant to the Court's Order of August 16, 2001, files this its list of financially interested parties to this litigation.

1. Willacy County Navigation District;

2. Texas Municipal League;

3. Roger W. Hughes and Jaime Balli, ADAMS & GRAHAM, L.L.P.

WHEREFORE, PREMISES CONSIDERED, Defendant WILLACY COUNTY NAVIGATION DISTRICT, prays the Court take notice of this filing and prays for such other and further relief to which it may show itself entitled.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

By: _____
ROGER W. HUGHES
State Bar No. 10229500
JAIME BALLI
State Bar No. 01657980

Attorneys for Defendant, WILLACY COUNTY NAVIGATION DISTRICT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 10 day of November, 2001, to the following counsel of record and interested parties:

| | |
|---|---|
| Mr. Joe B. McDuffie, *pro se*<br>303 South Shore Drive<br>Port Mansfield, Texas 78598 | Ordinary Mail |
| Ms. Jennifer Keese, *pro se*<br>123 Beach Street<br>Port Mansfield, Texas 78598 | Ordinary Mail |

Attorneys for Defendants, GUILLERMO SALINAS, JR. AND HECTOR GARZA:

Ms. Joanna R. Lippman                                           Ordinary Mail
FLETCHER & SPRINGER, L.L.P.
720 Brazos Street, Suite 1100
Austin, Texas 78701

_____
Roger W. Hughes