

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOE B. MCDUFFIE and KATHERINE MCDUFFIE<br>Plaintiff,<br><br>vs.<br><br>GUILLERMO SALINAS, JR., HECTOR GARZA, JENNIFER KEESE, WILLACY COUNTY SHERIFF DEPARTMENT, and WILLACY NAVIGATION DISTRICT<br>Defendants | §§§§§§§§§§§§§§§ Civil Action No. B-01-143 |

## AMENDED NOTICE OF INTERESTED ENTITIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants WILLACY COUNTY SHERIFF'S DEPARTMENT, GUILLERMO SALINAS, JR. and HECTOR GARZA, file this notice of known entities and individuals with financial interest in this litigation, and would respectfully identify the entities and individuals as follows:

Joe B. McDuffie, *pro se* Plaintiff

Katherine McDuffie, *pro se* Plaintiff

Jennifer Keese, *pro se* Defendant and Counter-Plaintiff

Guillermo Salinas, Jr. and Hector Garza, Defendants

Willacy County and Willacy County Sheriff's Department

Texas Association of Counties County Government Risk Management Pool

Willacy County Navigation District

Texas Municipal League

Respectfully submitted,

**FLETCHER & SPRINGER, L.L.P.**
720 Brazos Street, Suite 1100
Austin, Texas 78701
(512) 476-5300 [voice]
(512) 476-5771 [facsimile]

_____
William W. Krueger III
State Bar No. 11740530
Southern District No. 12827
Joanna R. Lippman
State Bar No. 00791122
Southern District No. 29464

Attorneys for Defendants
**Guillermo Salinas, Jr., Hector Garza, and Willacy County Sheriff's Department**

### Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Defendants' Amended Notice of Interested Entities** has been provided to:

Joe B. McDuffie, *pro se*
Katherine McDuffie, *pro se*
303 South Shore Drive
Port Mansfield, Texas 78598

Jennifer Keese, *pro se*
123 Beach St.
Port Mansfield, Texas 78598

Jaime Balli
**Adams & Graham, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551

by Certified Mail Return Receipt Requested on December 10, 2001.

_____
Joanna R. Lippman