19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOE B. McDUFFIE and<br>KATHERINE L. McDUFFIE,<br>Plaintiffs Pro Se<br><br>v.<br><br>GUILLERMO SALINAS, JR., HECTOR<br>GARZA, JENNIFER KEESE, WILLACY<br>COUNTY SHERIFF'S DEPARTMENT,<br>AND WILLACY COUNTY NAVIGATION<br>DISTRICT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-01-143 |

### DISCLOSURE OF INTERESTED PARTIES AND DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **WILLACY COUNTY NAVIGATION DISTRICT** (hereinafter referred to as **"WCND"**), files this its Disclosure of Interested Parties involved in the above referenced litigation and Designation of Attorney In Charge and would respectfully show unto this Court as follows:

I. **Disclosure of Interested Parties**

a) **Joe B. McDuffie**, 303 South Shore Drive, Port Mansfield, Texas 78598 (956)944-2777, Plaintiff Pro Se.

b) **Katherine L. McDuffie**, 303 South Shore Drive, Port Mansfield, Texas 78598 (956)944-2777, Plaintiff Pro Se.

c) **Jennifer Keese**, 123 Beach Street, Port Mansfield, Texas 78598 (956)944-2447, Defendant Pro Se.

d) **Willacy County Sheriff's Department**, 576 West Main, Raymondville, Texas

78580 (956)689-5576, Defendant - Represented by Fletcher & Springer, L.L.P.

e) **Hector Garza**, c/o Willacy County Sheriff's Department, 576 West Main, Raymondville, Texas 78580 (956)689-5576, Defendant - Represented by Fletcher & Springer, L.L.P.

f) **Guillermo Salinas, Jr.**, c/o Willacy County Sheriff's Department, 576 West Main, Raymondville, Texas 78580 (956)689-5576, Defendant - Represented by Fletcher & Springer, L.L.P.

## II. Designation of Attorney-In-Charge

Pursuant to Rule 2 of the *Local Rules for the United States District-Southern District of Texas*, the WCND designates Attorney Jaime Balli of the Law Firm of Adams & Graham, L.L.P. as Attorney-In-Charge.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956)428-7495
Facsimile: (956)428-2954

By: _____
   **JAIME BALLI**
   State Bar No. 01657980
   Southern Dist. Federal I.D. No.15130
   **ATTORNEY-IN CHARGE**

**ROGER W. HUGHES**
State Bar No. 10229500
Southern Dist. Federal I.D. No. 5950
**CO-COUNSEL**

**ATTORNEYS FOR DEFENDANT WILLACY COUNTY NAVIGATION DISTRICT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record, on this the 12th day of December, 2001:

| | |
|---|---|
| Joe B. McDuffie, Pro Se Plaintiff<br>Katherine L. McDuffie, Pro Se Plaintiff<br>303 South Shore Drive<br>Port Mansfield, TX 78598 | Via CM/RRR #700016700033616106 |
| Jennifer Keese, Pro Se Defendant<br>123 Beach Street<br>Port Mansfield, Texas 78598 | Via CM/RRR #700016700033616113 |
| Ms. Joanna Lippman<br>FLETCHER & SPRINGER, L.L.P.<br>720 Brazos, Suite 720<br>Austin, TX 78701 | Via CM/RRR #700016700033616120 |



JAIME BALL