20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOE B. McDUFFIE and<br>KATHERINE L. McDUFFIE,<br>Plaintiffs Pro Se<br><br>v.<br><br>GUILLERMO SALINAS, JR., HECTOR<br>GARZA, JENNIFER KEESE, WILLACY<br>COUNTY SHERIFF'S DEPARTMENT,<br>AND WILLACY COUNTY NAVIGATION<br>DISTRICT | § § § § § § § § § § § | CIVIL ACTION NO. B-01-143 |

## INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant **WILLACY COUNTY NAVIGATION DISTRICT**

("**WCND**"), and hereby files this its Initial Disclosures pursuant to Rule 26(a)(1), **Federal**

**Rules of Civil Procedure**, and in support thereof would show unto this Honorable

Court as follows:

**(A) Individuals likely to have Discovery Information:**

Joe Bruce McDuffie, Plaintiff Pro Se
303 South Shore Drive
Port Mansfield, TX 78598
(956)944-2777
Has knowledge concerning December 15, 2000 (dog) incident and his January 18,
2001 arrest, as well as the lawsuit he filed in connection with the foregoing incidents.

Katherine L. McDuffie, Plaintiff Pro Se
303 South Shore Drive
Port Mansfield, TX 78598
(956)944-2777
Has knowledge concerning December 15, 2000 (dog) incident and January 18, 2001
arrest, as well as the lawsuit he filed in connection with the dog incident.

Jennifer Keese, Defendant Pro Se
123 Beach Street
Port Mansfield, TX 78598
(956)944-2447
Has knowledge concerning the December 15, 2000 (dog) incident, as well as the criminal complaints she filed in connection with same.

Deputy Guillermo Salinas, Jr.
c/o Willacy County Sheriff's Department
576 West Main
Raymondville, TX 78580
(956)689-5576
May have knowledge concerning criminal complaints filed by Defendant Pro Se Jennifer Keese concerning the December 15, 2000 (dog) incident, as well as the January 18, 2001 (arrest) incident of Plaintiff Pro Se Joe B. McDuffie.

Deputy Nichols
c/o Willacy County Sheriff's Department
576 West Main
Raymondville, TX 78580
(956)689-5576
May have knowledge concerning criminal complaints filed by Defendant Pro Se Jennifer Keese concerning the December 15, 2000 (dog) incident, as well as the January 18, 2001 (arrest) incident of Plaintiff Pro Se Joe B. McDuffie.

Hector Garza
c/o Willacy County Sheriff's Department
576 West Main
Raymondville, TX 78580
(956)689-5576
May have knowledge concerning complaints filed by Defendant Pro Se Jennifer Keese concerning the December 15, 2000 (dog) incident, as well as January 18, 2001 (arrest) incident of Plaintiff Pro Se Joe B. McDuffie.

Sheriff Larry Spence
c/o Willacy County Sheriff's Department
576 West Main
Raymondville, TX 78580
(956)689-5576
May have knowledge concerning complaint filed by Defendant Pro Se Jennifer Keese concerning the December 15, 2000 (dog) incident, as well as January 18, 2001 (arrest) incident of Plaintiff Pro Se Joe B. McDuffie.

Custodian of Records for
c/o Willacy County Sheriff's Department
576 West Main
Raymondville, TX 78580
(956)689-5576
Has knowledge concerning the contents of official (business) records from said agency.

Michael G. Wilson
c/o Willacy County Navigation District
295 East Hidalgo
Raymondville, TX 78580
(956)689-3332
Port Director for WCND; May have (indirect) knowledge concerning the December 15, 2000 (dog) incident and/or the January 18, 2001 (arrest) incident, as well as lawsuit filed by Joe B. McDuffie and Katherine L. McDuffie in connection with same. Mr. Wilson also has knowledge as to the day-to-day operation and/or management of the WCND.

Custodian of Records for
c/o Willacy County Navigation District
295 East Hidalgo
Raymondville, TX 78580
(956)689-3332
Has knowledge of the contents of official (business) records from said governmental agency.

Donna T. Ficklen
207 South Shore Drive
Port Mansfield, TX 78598
(956)944-2369
Has knowledge concerning the December 15, 2000 (dog) incident.

Tricia Buchen
225 Fox Drive
Port Mansfield, TX 78598
(956)944-2434
May have knowledge concerning the December 15, 2000 (dog) incident.

Carrie Weide
222 South Shore Drive
Port Mansfield, TX 78598
Telephone number unknown
May have knowledge concerning the December 15, 2000 (dog) incident, including search for the injured stray dog.

Dennis Creegan
211 Fox Drive
Port Mansfield, TX 78598
(956)944-2590
May have knowledge concerning the December 15, 2000 (dog) incident; bus driver for the San Perlita ISD.

Barbara Creegan
Port Mansfield, TX 78598
Telephone number unknown
May have knowledge concerning the December 15, 2000 (dog) incident, as bus monitor for San Perlita ISD.

Josie Catherine Hough
307 Beach Drive
Port Mansfield, TX 78598
(956)944-2661
May have knowledge concerning the December 15, 2000 (dog) incident; San Perlita High School student who heard gunshot while waiting at bus stop.

A.M. Pickard
2 Mi. N. Business Highway 77
Raymondville, TX 78580
(956)689-2007
Has knowledge concerning treatment provided to injured stray dog the morning of December 15, 2000 (dog) incident.

Bernice Jones
314 Copano Drive
Port Mansfield, TX 78598
(956)944-2854
Has knowledge concerning the stray dog in question.

Eberto Mireles
1 Mi. N. FM 2209
San Perlita, TX
(956)248-5250
Principal at San Perlita ISD. Plaintiff Pro Se Katherine L. McDuffie's direct supervisor. May have knowledge concerning alleged statements made to him by Co-Defendant Pro Se Jennifer Keese.

Juanita Correa Martinez
1 Mi. N. FM 2209
San Perlita, TX
(956)248-5250
Teacher at San Perlita ISD who may have knowledge concerning alleged statements made by Co-Defendant Pro Se Jennifer Keese.

Frank Vasquez
c/o Willacy County Navigation District
295 East Hidalgo
Raymondville, TX 78580
(956)689-3332
Port Mansfield Utility District supervisor. May have knowledge concerning the stray dog in question, including efforts to catch same between December 7, 2000 and December 15, 2000.

Susan Nelson, Harbor Master
c/o Willacy County Navigation District
295 East Hidalgo
Raymondville, TX 78580
(956)689-3332
May have knowledge concerning telephone calls from Plaintiff Pro Se Katherine L. McDuffie to Harbor Office. May also have knowledge concerning the contents of any official (business) records from the Willacy County Navigation District (Harbor Office).

Jack Carpenter
Current Address Unknown
Current Telephone Number Unknown
May have knowledge concerning the December 15, 2000 (dog) incident and/or the January 18, 2001 (arrest) incident.

Juan Angel Guerra
Willacy County District Attorney
546 W. Hidalgo Avenue
Raymondville, TX 78580
(956)689-2164
May have knowledge concerning the criminal complaints filed by Defendant Pro Se Jennifer Keese, and the disposition of same.

Ruth Gomez
Willacy County District Attorney
546 W. Hidalgo Avenue
Raymondville, TX 78580
(956)689-2164

May have knowledge concerning the criminal complaints filed by Defendant Pro Se Jennifer Keese, and the disposition of same.

Richard Solis, Justice of the Peace
Precint No. 1, Place 1
Willacy County
576 W. Main
Raymondville, TX 78580
(956)689-3381
Has knowledge concerning criminal complaints filed by Defendant Pro Se Jennifer Keese relating to the December 15, 2000 (dog) incident.

**(B) Documents, Data Compilations and Tangible Things:**

1. True and correct copy of Affidavit of Josie Catherine Hough;

2. True and correct copy of the initial offense report taken December 15, 2000 by Deputy Nichols;

3. True and correct copy of Affidavit from Defendant Pro Se Jennifer Keese dated December 20, 2000;

4. True and correct copy of Affidavit from Defendant Pro Se Jennifer Keese dated January 17, 2001 concerning cruelty to animals;

5. True and correct copy of Affidavit of Defendant Pro Se Jennifer Keese dated January 17, 2001 concerning deadly conduct;

6. True and correct copy of W-2 information from San Perlita ISD on Plaintiff Pro Se Katherine L. McDuffie for year 1998;

7. True and correct copy of W-2 information from San Perlita ISD on Plaintiff Pro Se Katherine L. McDuffie for year 1999;

8. True and correct copy of W-2 information from San Perlita ISD on Plaintiff Pro Se Katherine L. McDuffie for year 2000;

9. True and correct copies of entries from the Willacy County Navigation District Harbor Office log book dated December 7, 2000 and December 13, 2000;

10. True and correct copy of the Willacy County Navigation District Ordinances, as amended January 10, 2001 at regular board meeting, concerning discharge of firearms;

11. True and correct copy of the arrest warrant for cruelty to animals dated January 18,

2001;

12. True and correct copy of the arrest warranty for deadly conduct dated January 18, 2001;

13. True and correct copies, seven (7) pages, of demand letters sent to Defendants Willacy County Sheriff's Department, Sheriff Larry Spence, dated March 23, 2001;

14. True and correct copies of medical records from Dr. Herman J. Keillor pertaining to Plaintiff Pro Se Katherine L. (Mercer) McDuffie dated January 24, 2001 to May 11, 2001;

15. True and correct copy of complete medical file from Dr. Reeder of Raymondville, Willacy County, Texas, pertaining to Plaintiff Pro Se Katherine (Mercer) L. McDuffie;

16. True and correct copy of complete personnel file from Continental Airlines pertaining to Plaintiff Pro Se Joe B. McDuffie;

17. True and correct copy of complete personnel file from San Perlita ISD pertaining to Plaintiff Pro Se Katherine L. McDuffie;

18. True and correct copies of minutes from January 10, 2001 regular board meeting of the Willacy County Navigation District Board; and

19. True and correct copies of records from the Willacy County Sheriff's Department pertaining to Plaintiff Pro Se Joe B. McDuffie.

**(C) Computation of Damages:**

Not applicable as to this Defendant.

**(D) Insurance Information:**

Neither the existence nor the amount of insurance is subject to discovery as to a governmental unit. See Chapter 102, § 101.104, *Texas Civil Practice & Remedies Code*.

WHEREFORE, PREMISES CONSIDERED, Defendant Willacy County Navigation District respectfully requests the Court take note of its Initial Disclosures pursuant to Rule 26(a)(1), *Federal Rules of Civil Procedure*, as submitted by the

undersigned Counsel of Record.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956)428-7495
Facsimile: (956)428-2954

By: _____
   JAIME DALLI
   State Bar No. 01657980
   Southern Dist. Federal I.D. No.15130
   **ATTORNEY-IN CHARGE**

   **ROGER W. HUGHES**
   State Bar No. 10229500
   Southern Dist. Federal I.D. No. 5950
   **CO-COUNSEL**

**ATTORNEYS FOR DEFENDANT WILLACY COUNTY NAVIGATION DISTRICT**

[20-srt]c:\wp51\docs\W689\Initial Disclosures - Page 8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record, on this the 19th day of December, 2001:

| | |
|---|---|
| Joe B. McDuffie, Pro Se Plaintiff<br>Katherine L. McDuffie, Pro Se Plaintiff<br>303 South Shore Drive<br>Port Mansfield, TX 78598 | Via CM/RRR #700016700033616205 |
| Jennifer Keese, Pro Se Defendant<br>123 Beach Street<br>Port Mansfield, Texas 78598 | Via CM/RRR #700016700033616212 |
| Ms. Joanna Lippman<br>FLETCHER & SPRINGER, L.L.P.<br>720 Brazos, Suite 720<br>Austin, TX 78701 | Via CM/RRR #700016700033616229 |



JAIME B_____

bcc: Ms. Lisa Kutch  
**TEXAS MUNICIPAL LEAGUE**  
1821 Rutherford Lane, First Floor  
P. O. Box 149194  
Austin, TX 78714-9194

Mr. Michael G. Wilson  
**WILLACY COUNTY NAVIGATION DIST.**  
295 E. Hidalgo  
Raymondville, TX 78580

Re: **Claim 0100077006**