

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 27 2001

Michael N. Milby
Clerk of Court

JOE B. MCDUFFIE, and
KATHERINE MCDUFFIE
   Plaintiffs,

Civil Action No. **B-01-143**

vs.

GUILLERMO SALINAS, JR.
HECTOR GARZA
JENNIFER KEESE
WILLACY COUNTY SHERIFF DEPARTMENT
WILLACY COUNTY NAVIGATION DEPARTMENT
   Defendants

### DEFENDANTS' SECOND AMENDED ORIGINAL ANSWER, TO PLAINTIFFS THIRD AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JENNIFER KEESE, Pro Se, Defendant in the above entitled numbered cause, and in response to the claims and allegations in Plaintiffs Third Amended Original Petition on file herein, would respectfully show the court the following:

### SECOND AMENDED ORIGINAL ANSWER

**I.**

Defendant denies each and every, all and singular, the material allegations in Plaintiffs Third Amended Original Petition, and demands strict proof thereof by a preponderance of the credible evidence, as is required by the

Constitution and laws of the State of Texas.

## II.

Defendant at this time reserves the right to amend this answer after she has had a chance to examine more fully the allegations in Plaintiffs Third Amended Original Petition.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon final judgement and hearing hereof Plaintiffs take nothing by thier suit, that Defendant be awarded judgement and her cost of court herein expended, and that she have such other and further relief, both general and special, at law and in equity, to which she may show herself justly entitled.

*Jennifer Keese*
Jennifer Keese, Pro Se
123 Beach Street
Port Mansfield, Texas 78598
(956) 944-2447

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on Joe B. and Katherine McDuffie, Plaintiffs, in accordance with the Texas Rules of Civil Procedure on December 26, 2001

*Jennifer Keese*
Jennifer Keese, Pro Se

cc:   Joe B McDuffie, Pro Se
      303 South Shore Drive
      Port Mansfield, Texas 78598

      Katherine McDuffie, Pro Se
      303 South Shore Drive
      Port Mansfield, Texas 78598

      Joanna R. Lippman
      Fletcher & Springer L.L.P.
      720 Brazos, Suite 1100
      Austin, Texas 78701

      Roger W. Hughes
      Juan Gonzales
      Adams & Graham, L.L.P.
      222 E. Van Buren, West Tower
      P.O. Drawer 1429
      Harlingen, Texas 78551