24

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Joe B. McDuffie and Katherine McDuffie, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-01-143 |
| Guillermo Salinas, Jr., et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on January 10th, 2002, the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management up to trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

The Parties are also advised that the initial pretrial conference is hereby cancelled until further notice by the Magistrate Judge.

DONE at Brownsville, Texas, this 10th day of January 2002.

Hilda G. Tagle
United States District Judge