

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

JOE B. McDUFFIE, ET AL   *

vs   *   CIVIL ACTION NO. B-01-143

GUILLERMO SALINAS, JR., ET AL   *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC INITIAL PRETRIAL CONFERENCE
(PLAINTIFFS' COUNSEL SHALL INITIATE THE CALL.)

Wednesday, January 23, 2002, @ 2:00 P.M.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
(956) 548-2701

**BY ORDER OF THE COURT**

January 14, 2002

cc:   Counsel of Record