26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOE B. MCDUFFIE | § | |
| KATHERINE MCDUFFIE | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. B-01-143 |
| GUILLERMO SALINAS, JR., | § | |
| HECTOR GARZA, | § | |
| JENNIFER KEESE, | § | |
| WILLACY COUNTY SHERIFF | § | |
| DEPARTMENT AND WILLACY | § | |
| COUNTY NAVIGATION DISTRICT | § | |
| Defendants | | |

United States District Court
Southern District of Texas
FILED

JAN 17 2002

Michael N. Milby
Clerk of Court

## DEFENDANTS GUILLERMO SALINAS, JR., HECTOR GARZA AND WILLACY COUNTY SHERIFF'S DEPARTMENT INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants Guillermo Salinas, Jr., Hector Garza and Willacy County Sheriff's Department and hereby files this their Initial Disclosures pursuant to Rule 26(a)(1), of the **Federal Rules of Civil Procedure**, and in support thereof files with this Honorable Court.

Respectfully submitted,

FLETCHER & SPRINGER, L.L.P.
720 Brazos, Suite 1100
Austin, Texas 78701
(512) 476-5300
(Fax) 476-5771

By: _____
    William W. Krueger III
    State Bar No. 11740530
    Southern District No. 12827
    Joanna R. Lippman
    State Bar No. 00791122
    Southern District No. 29464

    Attorneys for Defendants
    Guillermo Salinas, Jr., Hector Garza and
    Willacy County Sheriff's Department

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Defendants Guillermo Salinas, Jr., Hector Garza and Willacy County Sheriff's Department Initial Disclosures** has been provided to the offices of:

Joe B. McDuffie
Katherine McDuffie
303 South Shore Drive
Port Mansfield, Texas 78598

Jennifer Keese
123 Beach St.
Port Mansfield, Texas 78598
956/944-2447/home

Roger W. Hughes
Juan Gonzales
**Adams & Graham, L.L.P.**
222 E.Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

by Certified Mail, Return Receipt Requested, in accordance with the Federal Rules of Civil Procedure, on _January 14_, 2002.

_____
Joanna R. Lippman

## DEFENDANTS GUILLERMO SALINAS, JR., HECTOR GARZA AND WILLACY COUNTY SHERIFF'S DEPARTMENT INITIAL DISCLOSURES

a. the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

**RESPONSE:**  Joe B. McDuffie
303 S. Shore Dr.
Port Mansfield, Texas 78598
956/944-2777
    Plaintiff

Katherine McDuffie
303 S. Shore Dr.
Port Mansfield, Texas 78598
956/944-2777
    Plaintiff

Guillermo Salinas, Jr.
c/o Joanna Lippman
Fletcher & Springer, L.L.P.
720 Brazos, Suite 1100
Austin, Texas 78701
512/476-5300
    Defendant

Hector Garza
c/o Joanna Lippman
Fletcher & Springer, L.L.P.
720 Brazos, Suite 1100
Austin, Texas 78701
512/476-5300
    Defendant

Jennifer Keese
123 Beach St.
Port Mansfield, Texas 78598
    Defendant

Deborah Overton Bonner, Senior Claims Counsel
Professional Claims Managers, Inc.
10210 N. Central Expressway, Suite 500
Dallas, Texas 75231
214/265-0797
    Representatives of claims manager for Texas Association of Counties
    County Government Risk Management Pool for Defendants' employer

Susan Nelson, Harbor Master
1045 West Port Dr.
Port Mansfield, Texas 78598
956/944-2144
    Employee Willacy County Navigation District

Frank Vasquez
100 Water St.
Port Mansfield, Texas 78598
956/944-2325
    Supervisor employed by Port Mansfield Utility District

Donna T. Ficklen
207 S. Shore Dr.
Port Mansfield, Texas 78598
956/944-2369
    Witness to incident at issue in lawsuit

Tricia Buchen
225 Fox Dr.
Port Mansfield, Texas 78598
956/944-2434
    Witness to incident at issue in lawsuit

Carrie Weide
222 S. Shore Dr.
Port Mansfield, Texas 78598
no phone
    Resident who accompanied Tricia Buchen in search of dog

Dennis Creegan
211 Fox Dr.
Port Mansfield, Texas 78598
956/944-2590
    Bus driver for San Perlita I.S.D. morning of incident

Barbara Creegan
211 Fox Dr.
Port Mansfield, Texas  78598
956/944-2590
    On San Perlita school bus morning of incident

Josie Catherine Hough
307 Beach Dr.
Port Mansfield, Texas  78598
956/944-2661
    San Perlita High School student heard gunshot at issue

A.M. Pickard, D.V.M.
2 mi. North Business Hwy. 77
Raymondville, Texas  78580
956/689-2007
    Veterinarian who saw injured dog

Bernice Jones
314 Copano Dr.
Port Mansfield, Texas  78598
956/944-2854
    Resident who put out food for dog

Elberto Mireles
1 mi. North FM 2209
San Perlita, Texas
956/248-5250
    Principal of San Perlita I.S.D.

Juanita Correa Martinez
1 mi North FM 2209
San Perlita, Texas
956/248-5250
    Teacher at San Perlita I.S.D.

Juan Angel Guerra
District Attorney
Ruth Gomez
County Attorney
Willacy County Courthouse - 2nd Floor
Raymondville, Texas 78580
956/689-2164
    Counsel for The State of Texas in lawsuit against Plaintiff Joe McDuffie

Noe Torres
Willacy County Sheriff's Office
576 West Main Street
Raymondville, Texas 78580
(956) 689-5576
    Deputy present at time of arrest of Plaintiff

Sergeant Donald W. Keener
Willacy County Sheriff's Office
576 West Main Street
Raymondville, Texas 78580
(956) 689-5576
    Supervisor who spoke to Plaintiff Joe McDuffie two weeks prior to his arrest

Deputy Nichols
Willacy County Sheriff's Department
576 West Main
Raymondville, Texas 78580
956/689-5576
    Knowledgeable of criminal complaints filed by Jennifer Keese and arrest of Plaintiff Joe B. McDuffie

Sheriff Larry Spence
Willacy County Sheriff's Department
576 West Main
Raymondville, Texas 78580
956/689-5576
    Knowledgeable of criminal complaints filed by Jennifer Keese and arrest of Plaintiff Joe B. McDuffie

        Michael G. Wilson
        c/o Willacy County Navigation District
        295 East Hidalgo
        Raymondville, Texas 78580
        956/689-3332
            Knowledgeable of official business records from Willacy County Navigation District

        Jack Carpenter
        *Address unknown*
        *Telephone number unknown*
            Knowledgeable regarding dog at issue in the case

        Richard Solis, Justice of the Peace
        Precinct No. 1, Place 1
        Willacy County
        576 W. Main
        Raymondville, Texas 78580
        956/689-3381
            Knowledgeable of criminal complaints filed by Jennifer Keese and arrest of Plaintiff Joe B. McDuffie

    b.    a copy of, or a description by category and location of, all documents, data, compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

**RESPONSE:** The below listed documents have been provided to Plaintiff and/or will be made available to Plaintiff for copying or inspection:

    1.    True and correct copy of Docket No. 38342 & 38344 Motion to Dismiss filed by Juan Angel Guerra, Ruth Gomez.

    2.    True and correct copy of Willacy County Sheriff's Department Arrest/ Booking Report and other booking paperwork of Plaintiff Joe McDuffie, for January 18, 2001.

    3.    True and correct copy of Warrant of Arrest of Plaintiff Joe McDuffie for offense of Deadly Conduct (F3), January 18, 2001.

    4.    True and correct copy of Warrant of Arrest of Plaintiff Joe McDuffie for offense of Cruelty to Animals (MA), January 18, 2001.

    5.    True and correct copy of Offense Report of False Report/ Perjury, dated March 7, 2001.

6. True and correct copy Magistrate's Warning Certificate, Deadly Conduct - (F3), January 19, 2001.

7. True and correct copy of Joe McDuffie $1,000.00 Recognizance Bond.

8. True and correct copy of Joe McDuffie $10,000.00 Recognizance Bond.

9. True and correct copy of the Affidavit from Josie Catherine Hough.

10. True and correct copy of 2 satellite images from the Internet Website of Microsoft Terra Server of the south side to Port Mansfield, Texas.

11. True and correct copy of the Willacy County dispatch log dated January 18, 2001.

12. True and correct copy of a map of Port Mansfield, Texas.

13. True and correct copy Offense Report, taken December 15, 2000, for deadly conduct/cruelty to animals.

14. True and correct copy of the Affidavit from Defendant Jennifer Keese dated December 20, 2000.

15. True and correct copy of the Affidavit from Defendant Jennifer Keese dated January 17, 2001, for Cruelty to Animals.

16. True and correct copy of the Affidavit from Defendant Jennifer Keese dated January 17, 2001, for Deadly Conduct.

17. True and correct copy of the W-2 information from San Perlita I.S.D. on Plaintiff, Katherine L. McDuffie, for the year 1998.

18. True and correct copy of the W-2 information from San Perlita I.S.D. on Plaintiff, Katherine L. McDuffie, for the year 1999.

19. True and correct copy of the W-2 information from San Perlita I.S.D. on Plaintiff, Katherine L. McDuffie, for the year 2000.

20. True and correct copy of the Willacy County Navigation District Harbor Office in Port Mansfield, Texas, log book for December 7, 2000.

21. True and correct copy of the Willacy County Navigation District Harbor Office in Port Mansfield, Texas, log book for December 13, 2000.

22. True and correct copy of the Rabies Quarantine for Willacy County, Texas.

23. True and correct copies, 4 pages, from the Center for Disease Control's Website on rabies prevention.

24. True and correct copies of Willacy County Navigation District Ordinances on Dogs Running at Large.

25. True and correct copies of Willacy County Navigation District Ordinances on Annual Vaccination and Control of Pets.

26. True and correct copies of Willacy County Navigation District Ordinance Article IX Hunting Prohibited.

27. True and correct copy of January 10, 2001 Board Meeting of the Willacy County Navigation District.

28. True and correct copy of the Texas Statutes Health and Safety Code 822.033 Dogs that Attack Domestic Animals.

29. True and correct copies, 7 pages, of the Demand Letters sent Willacy County Sheriff Larry Spence on March 23, 2001.

30. True and correct copy of Offense Report Terroristic Threat dated August 7, 2001 and other related documents by Complainant Jennifer Keese of Plaintiff Joe McDuffie.

31. True and correct copies of medical records for Dr. Herman J. Keillor pertaining to Plaintiff Pro Se Katherine L. (Mercer) McDuffie dated January 24, 2001 to May 11, 2001.

32. True and correct copy of complete medical file from Dr. Reeder of Raymondville, Willacy County, Texas, pertaining to Plaintiff Pro Se Katherine (Mercer) L. McDuffie.

33. True and correct copy of complete personnel file from Continental Airlines pertaining to Plaintiff Pro Se Joe B. McDuffie.

34. True and correct copies or records from the Willacy County Sheriff's Department pertaining to Plaintiff Pro Se Joe B. McDuffie.

    c.    a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:** Not applicable.

    d.    for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:** See attached.



# TEXAS ASSOCIATION OF COUNTIES
## COUNTY GOVERNMENT RISK MANAGEMENT POOL
## LAW ENFORCEMENT PROFESSIONAL LIABILITY COVERAGE
## DECLARATIONS

These Declarations form part of Coverage Document Number: L2450/10

**Item A.**
1. NAMED MEMBER: Willacy County
2. ADDRESS: Willacy County Courthouse Annex, Raymondville, Texas 78580

**Item B.**
1. COVERAGE DOCUMENT PERIOD: From October 2, 2000 to October 2, 2001*
2. RETROACTIVE DATE: September 28, 1990 *

*Dates under this Item are 12:01 A.M. United States Central Standard Time.

**Item C.** LIMITS OF LIABILITY:
1. For the sum of DAMAGES arising out of each CLAIM first made during the COVERAGE DOCUMENT PERIOD: $2,000,000
2. AGGREGATE: $2,000,000

**Item D.** DEDUCTIBLE:
(a): per claim — For the sum of DAMAGES and CLAIMS EXPENSES arising out of each CLAIM first made during the COVERAGE DOCUMENT PERIOD: $2,500
(b): maximum — The maximum for the sum of DAMAGES and CLAIMS EXPENSES arising out of all CLAIMS first made during the COVERAGE DOCUMENT PERIOD: _____

**Item E.** CONTRIBUTION: $39,746

**Item F.** COVERED LAW ENFORCEMENT DEPARTMENTS OR AGENCIES OR OTHER AGENCIES:
1. Willacy County Sheriff's Dept.
2. Willacy County Constables

**Item G.** NOTICE OF CLAIM (including service of process, if any) is to be delivered immediately to the POOL via the Texas Association of Counties Claims Department:

Texas Association of Counties
Attention: CLAIMS
P. O. Box 2131
Austin, Texas 78768

FAX Number: 512-478-1426
(Immediately, in addition to any fax transmission, transmit by U. S. mail or other delivery service the notice of claim and related documents to the above address.)

**Item H.** MEMBER'S DESIGNATED POOL COORDINATOR: Mr. Armondo Rubalcaba, Auditor

**Item I.** FORMS AND ENDORSEMENTS:

Form Numbers or Designations of Endorsements attached at issuance:
TAC LE (10/98), CLEL/PDEA, CLEL/F&B, CLEL/MUTAID

This agreement is issued by _Beth Bergen_, as authorized representative of the Pool on October 30, 2000 at Austin, Texas.

TAC/LE - (7/97)