27

# CHAMBERS MINUTES

**Felix Recio, U.S. Magistrate Judge**
**Southern District of Texas, Brownsville Division**

**Law Clerk: Ryan A. Byrd**

United States District Court
Southern District of Texas
FILED

JAN 2 3 2002

Michael N. Milby
Clerk of Court

Date: Jan 23, 2002, 2:00 p.m.

---

## C.A. NO. B01-143 (HGT)

---

| | | |
|---|---|---|
| JOE B. McDUFFIE | * | Pro Se |
| KATHERINE McDUFFIE | * | Pro Se |
| vs | * | |
| GUILLERMO SALINAS, JR. | * | William W. Krueger, III & Joanna R. Lippman |
| HECTOR GARZA | * | William W. Krueger, III & Joanna R. Lippman |
| JENNIFER KEESE | * | Pro Se |
| WILLACY COUNTY SHERIFF DEPARTMENT | * | William W Krueger, III & Joanna R. Lippman |
| WILLACY COUNTY NAVIGATION DISTRICT | * | Jaime Balli |

---

## INITIAL PRETRIAL CONFERENCE

Plaintiffs appeared. Joanna R. Lippman (for defendants Salinas, Garza & Willacy County Sheriff Department ), Jaime Balli (for defendant Willacy County Navigation District ), and defendant Jennifer Keese appeared telephonically.

The parties agreed to the docket dates. A scheduling order will be filed.