

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

JOE B. McDUFFIE, ET AL                    §
                                          §                       United States District Court
VS                                        §   C.A. NO. B-01-143       Southern District of Texas
                                          §        (Judge Tagle)            ENTERED
GUILLERMO SALINAS, JR., ET AL             §
                                                                         JAN 2 5 2002

                                                                  Michael N. Milby, Clerk of Court
                                                                  By Deputy Clerk

## SCHEDULING ORDER

1.  Trial: Estimated time to try: __4-5__ days.                     ☐ Bench  ☐ Jury

2.  New parties must be joined by:                                  **March 01, 2002**
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by:   **April 5, 2002**
A
4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.          **May 3, 2002**

5.  Discovery must be completed by:                                        **July 1, 2002**
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court No continuances will be granted because of
    information acquired in post-deadline discovery.*

******************* The court will provide these dates.  *********************

6.  Dispositive Motions will be filed by:                                  **July 15, 2002**

7.  Joint pretrial order is due:                                           **August 15, 2002**
    *The plaintiff(s) is responsible for filing the pretrial order on time*

8.  Docket call and final pretrial conference before Judge Tagle
    is set for 1:30 p.m. on:                                               **September 5, 2002**
    *The case will remain on standby until tried*

9.  The jury selection before Judge Tagle is set for 9:00 a.m. on:         **September 9, 2002**

The case will remain on standby until tried.


Signed **January 23, 2002**, at Brownsville, Texas.


                                                              _____
                                                              Felix Recio
                                                              United States Magistrate Judge