IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 27 2002

Michael N. Milby
Clerk of Court

JOE B. MCDUFFIE and
KATHERINE MCDUFFIE
    Plaintiffs,

VS                                            Civil Action No. B-01-143

GUILLERMO SALINAS, JR
HECTOR GARZA
JENNIFER KEESE
WILLACY COUNTY SHERIFF DEPARTMENT
WILLACY COUNTY NAVIGATION DISTRICT
    Defendants

## PLAINTIFF JOE B. MCDUFFIE'S MOTION TO COMPEL DEFENDANT HECTOR GARZA TO RESPOND ADEQUATELY TO INTERROGATORIES AND REQUEST FOR PRODUCTION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Joe B. McDuffie, asks the court to compel Defendant, Hector Garza, to respond adequately to Plaintiff Joe B. McDuffie's discovery requests.

### A. Introduction

1. Plaintiff Joe B. McDuffie sued Defendant Hector Garza for abuse of office and excessive force.

2. On November 28, 2001, with certified mail return receipt signed on November 30, 2001, by Defendant's counsel, Plaintiff Joe B. McDuffie served <u>Plaintiff Joe B. McDuffie's First Set of Interrogatories to Defendant Hector Garza</u> and <u>Plaintiff Joe B. McDuffie's First Request For Production to Defendant Hector Garza</u> in accordance with Federal Rules of Civil Procedure rule 26, 33, and 34. Defendant Hector Garza did not respond adequately to the discovery request as required by Federal rules of Civil Procedure rules 26, 33, and 34. Therefore, the court should compel Defendant Hector Garza to comply according to Federal Rules of Civil Procedure rule 37.

### B. Argument and Authorities

3. The purpose of discovery is to obtain information relevant to the subject matter of the case and to determine if there is a pattern of behavior.

4. Defendant Hector Garza's responses were sent by certified mail by his counsel Joanna R. Lippman on December 28, 2001.

5. The responses filed by Defendant Hector Garza are inadequate. Below is a list of the questions, Defendant Hector Garza's responses and a statement showing the inadequacy of the responses:

a. <u>Interrogatory No. 2</u>
State the date, place and cause for any complalints or arrests or grand jury investigations ever suffered by Defendant, and the final disposition of any charges or potential charges.

**Answer:**
Defendant objects to this discovery request insofar as it is overly broad an/or overly burdensome. Defendant further objects to this discovery request insofar as it encompasses and calls for the disclosure of information or doucments which are neither relevant nor reasonably calculated to lead to the discovery of relevant, admissible evidence. Subject to and without waiving Defendant's objections in this matter, Defendant has no convictions for any felony or crime involving dishonesty or false statement.

Defendant Hector Garza in his **Second Amended Answer of Defendant Guillermo Salinas, Jr., and Hector Garza** stated in paragraph III., section F. Defendants Salinas and Garza admit that Plaintiff was handcuffed and told that he was under arrest. Defendants Salinas and Garza admit that Defendant Garza made a brief stop on his way to the jail, and that **no other deputy was with him** during his brief trip into his home. Defendants Salinas and Garza deny the remainder Section III, Paragraph 5.

Yet, in Defendant Hector Garza's Answer to **Interrogatory No. 7.**
Please identify the individual who you were orientating for the Willacy County Sheriff Department who accompanied you in your arrest and transporting of Plaintiff on the date in question, January 18, 2001.

**Answer:** Deputy Noe Torres.

Defendant Hector Garza has been dishonest and made a false statement to the Honorable Judge of Said Court for the United States District Court for the Southern Distirct of Texas Brownsville Division in his **Second Amended Answer of Defendants Guillermo Salinas, Jr. and Hector Garza** by stating that "no other deputy was with him" during his brief trip into his home, when he later states in his answer to Interrogatory No. 7 that Deputy Noe Torres accompanied him the night of January 18, 2001. Also, in the **Motion for Summary Judgement of Defendants Guillermo Salinas, Jr. and Hector Garza** Section II <u>Statement of Facts,</u> paragraph F, it is stated in the first sentence: "On or about January 18, 2001, Deputy Garza and Deputy Noe Torres went to Plaintiff's home and arrested him on the outstanding warrant. Exhibit 3. The **deputies** transported Plaintiff to the Willacy County Sheriff's Department". This is a direct contradiction to Defendant's statement that "no other deputy was with him" in his **Second Amended Answer of Defendants Guillermo Salinas, Jr. and Hector Garza.**

b. **Request for Prduction No.15:**
A true and correct copy of each and any letter, statement, notices, file, record, journal, brocheure, manual, journal, and other writing and/or publication whatsoever, including but not limited to computer-generated information or compilations of computer-generated information, which does or may substanitate your answers to Plainttiff's Interrogatories No. 2, 3, 6, and 9.

**Response:**

Defendant objects to this discovery request insofar as it is vague, indefinite, and/or ambiguous, leaving Defendant unable to ascertain with reasonable certainty what is being sought thereby. Defendant further objects to this discovery request insofar as it encompassed and calls fo the disclosure of information or documents protected from discovery under Federal Rules of Civil Procedure 26, and by the attorney-client privilege, attorney work product privilege, and/or communications privileged by way of investigation and defense of the claim.

**Request for Production No. 10:**
Please execute and return the attached Authorization for Release of Employment Records.

**Response:**
Defendant objects to this discovery request insofar as it is overly broad and/or overly burdensome. Defendant objects to this discovery request insofar as it encompasses and calls for the disclosure of information or documents which are neither relevant nor reasonably calculated to lead to the discovery of relevant, admissible evidence. Defendant futher objects that this request is outside the scope of the Federal Rules of Civil Procedure and constitutes and invasion of Privacy.

Plaintiff Joe B. McDuffie is knowledgeable of other individuals in the Willacy County Community that have complained to Sheriff Larry Spence about Defendant Hector Garza acting outside of his scope of authority. Obtaining Defendant Hector Garza's Employment Record including all complaints, would assist Plaintiff in obtaining information relevant to the case in determing a pattern of behavior. Otherwise, it may be a long and delayed discovery process to obtain affidavidts or depositions from these individuals.

## C. Conclusion

6. Because Plaintiff Joe B. McDuffie's requests are within the permissible scope of Federal Rules of Civil Procedure rules 26, 33, and 34, because Defendant Hector Garza refused to comply with the rules and file adequate responses, the court should compel Defendant Hector Garza to respond adequately by producing the documents of his employment records and all complaints filed against him.

## D. Prayer

7. For these reasons, Plaintiff Joe B. McDuffie asks the court to grant this motion to compel Defendant Hector Garza to file adequate responses to Plaintiff Joe B. McDuffie's discovery requests.

Respectfully submitted,

JOE B. MCDUFFIE, *Pro Se*
Plaintiff
303 S. Shore Dr.
P.O. Box 256
Port Mansfield, Texas 78598

956-944-2777

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26 day of March, 2002, a copy of the foregoing document was forwarded to all parties of record as shown below:

Jennifer Keese, *Pro Se*
123 Beach St.
Port Mansfield, Texas 78598

Joanna R. Lippman
FLETCHER & SPRINGER, L.L.P.
720 Brazos Street, Suite 1100
Austin, Texas 78701

Jaime Balli
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551

_____
JOE B. MCDUFFIE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOE B. MCDUFFIE and
KATHERINE MCDUFFIE
    Plaintiffs,

VS                                                     Civil Action No. B-01-143

GUILLERMO SALINAS, JR
HECTOR GARZA
JENNIFER KEESE
WILLACY COUNTY SHERIFF DEPARTMENT
WILLACY COUNTY NAVIGATION DISTRICT
    Defendants

### ORDER GRANTING PLAINTIFF JOE B. MCDUFFIE'S MOTION TO COMPEL DEFENDANT HECTOR GARZA TO RESPOND ADEQUATELY TO INTERROGATORIES AND REQUEST FOR PRODUCTION

BE IT REMEMBERED that on the ____ of _____, 2002, came to be considered Plaintiff Joe B. McDuffie's Motion to Compel Defendant Hector Garza to Respond Adequately to Interrogatories and Request for Production and the Court is of the opinion that the Motion to Compel are good and shoud be GRANTED.

GRANTS the motion, orders Defendant Hector Garza to respond to Plaintiff Joe B. McDuffie's requests.

SIGNED the ____ day of _____, 2002.

                                                          _____
                                                          PRESIDING JUDGE