IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOE B. MCDUFFIE and<br>KATHERINE MCDUFFIE<br>    Plaintiffs,<br><br>vs.<br><br>GUILLERMO SALINAS, JR.,<br>HECTOR GARZA, JENNIFER<br>KEESE, WILLACY COUNTY<br>SHERIFF'S DEPARTMENT, and<br>WILLACY COUNTY NAVIGATION<br>DISTRICT<br>    Defendants | §§§§§§§§§§§§§§ | Civil Action No. B-01-143 |

### DEFENDANT HECTOR GARZA'S RESPONSE TO
### PLAINTIFF'S MOTION TO COMPEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant HECTOR GARZA, (hereinafter referred to as "Deputy Garza"), files this Response to Plaintiff's Motion to Compel, and would respectfully show this Honorable Court the following:

### I.
### BRIEF STATEMENT OF BACKGROUND FACTS

Plaintiff Joe McDuffie files this suit against Willacy County Sheriff's Deputy Garza, among others, complaining about the Deputy's execution of an arrest warrant for Plaintiff Joe McDuffie. Plaintiff alleges that Deputy Garza violated state and federal law, primarily complaining of violation of his constitutional right to be free from unreasonable force.

### II.
### OBJECTION TO MOTION

Deputy Garza objects to Plaintiff's Motion to Compel in its entirety, as it was filed without prior consultation with defense counsel. No attempts were made to resolve this matter prior to Plaintiff seeking judicial intervention.

## III.
## RESPONSE TO MOTION

A.  Plaintiff complains that Deputy Garza did not respond adequately to his request for information regarding all complaints, arrests or grand jury charges against him. The request by Plaintiff was overly broad and not calculated to lead to the discovery of relevant material. Pursuant to the Federal Rules of Evidence, prior bad acts, if any, are not admissible or relevant to the claims made against a party. Deputy Garza responded to this request by confirming that he has never been convicted of any felonies, or crimes involving dishonesty or false statement. Deputy Garza's response complies with the Federal Rules of Civil Procedure.

B.  Plaintiff complains that Deputy Garza's response to Interrogatory 7 is inconsistent with the Second Amended Answer of Defendants Guillermo Salinas, Jr. and Hector Garza. First, this is not an appropriate issue for a Motion to Compel. The relief sought by Plaintiff in raising this matter is not identified. Moreover, the responses do not contradict. In his pleadings, Deputy Garza admits that he made a brief detour to his own home on his way back to the jail with Plaintiff, and that he was alone when he went into his own home during that detour. Deputy Garza did not claim that he was alone when he went into Plaintiff's home, and all Sheriff's department records and discovery responses filed by Deputy Garza identify Deputy Torres as the other officer who assisted Deputy Garza during Plaintiff's arrest.

C.  Plaintiff complains that Deputy Garza has not produced an executed authorization for release of employment records. There is no provision in the Federal Rules of Civil Procedure that require a party to produce such a release. This request was properly objected to. Plaintiff claims that he is looking for evidence of other instances when Deputy Garza allegedly acted outside the scope of his authority. As noted above, evidence of other allegedly bad acts is not admissible or relevant to what occurred with Plaintiff. However, in the interest of attempting the resolve this matter, Deputy Garza will represent to the Court that his personnel file does not contain any complaints or discipline related to the manner in which Deputy Garza effected an arrest. The entire file is available for *en camera* inspection by the Court upon request.

WHEREFORE, PREMISES CONSIDERED, Defendant Hector Garza prays that the Court overrule Plaintiff's Motion to Compel; and for such other and further relief to which Defendant Garza may be justly entitled.

Respectfully submitted,

**FLETCHER & SPRINGER, L.L.P.**
720 Brazos Street, Suite 1100
Austin, Texas 78701
(512) 476-5300 [voice]
(512) 476-5771 [facsimile]

*/s/ Joanna Lippman/*
William W. Krueger III
State Bar No. 11740530
Southern District No. 12827
Joanna R. Lippman
State Bar No. 00791122
Southern District No. 29464

Attorneys for Defendants
**Guillermo Salinas, Jr. and Hector Garza**
**Willacy County Sheriff's Department**

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Hector Garza's Response to Plaintiff's Motion to Compel** has been provided to:

Joe and Katherine McDuffie, *pro se*
303 South Shore Drive
Port Mansfield, Texas 78598

Jennifer Keese, *pro se*
123 Beach St.
Port Mansfield, Texas 78598

Jaime Balli
**Adams & Graham, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551

by Certified Mail Return Receipt Requested on ___April 2___, 2002.

_____
Joanna R. Lippman