# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOE B. McDUFFIE, ET AL            *

vs                                *   CIVIL ACTION NO. B-01-143

GUILLERMO SALINAS, JR., ET AL     *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## MOTIONS HEARING

April 23, 2002, @ 2:00 P.M.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

BY ORDER OF THE COURT

April 5, 2002

cc:    Counsel of Record