United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOE B. MCDUFFIE and
KATHERINE MCDUFFIE
    Plaintiffs,

VS                                        Civil Action No. B-01-143

GUILLERMO SALINAS, JR
HECTOR GARZA
JENNIFER KEESE
WILLACY COUNTY SHERIFF DEPARTMENT
WILLACY COUNTY NAVIGATION DISTRICT
    Defendants

## PLAINTIFF JOE B. MCDUFFIE'S RESPONSE TO MOTION FOR SUMMARY JUDGEMENT OF DEFENDANTS GUILLERMO SALINAS, JR. AND HECTOR GARZA

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff JOE B. MCDUFFIE files this Response to Motion for Summary Judgement of Defendants Guillermo Salinas, Jr. and Hector Garza (herinafter referred to as "Defendants Salinas and Garza"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and would respectfully show this Honorable Court the following:

### I.
### SUMMARY OF RESPONSE

How **brazen** for Defendants Guillermo Salinas, Jr. and Hector Garza to now file this Motion for Summary Judgement for Dismissal. It was at their request that this lawsuit, originally filed July 16, 2001, in Willacy County Court, Willacy County, Texas, be moved to District Court for **"Federal Questions"** on August 14, 2001. It is now clear that their real intent when they requested to have it moved to District Court was to intimidate Plaintiff Joe B. McDuffie into withdrawing his lawsuit as evidenced by this request for dismissal and the failed retaliation attempt to arrest Plaintiff Joe B. McDuffie for "Terroristic Threat" by Defendant Guillermo Salinas Jr. and Defendant Jennifer Keese on August 17, 2001. Plaintiff

Joe B. McDuffie has great respect and full confidence in the Honorable Judge of Said Court and is appalled at Defendants Salinas and Garza's attempted abuse of the Judicial system. Defendants Salinas and Garza should be held accountable for their actions. They hide behind a claim of sovereign immunity and a matter of law to deny Plainitff Joe B. McDuffie his day in Court.

## II.
## SUMMARY OF FACTS

**A.**   So, to Defendants Salinas and Garza the request to remove the lawsuit to District Court has all been a sham. Defendants Salinas and Garza and their counsel had requested the removal of this lawsuit to District Court for "Federal Questions" on August 14, 2001, they filed **Defendant's Notice of Removal, JS44 Civil Cover Sheet and Notice of Parties' Identities** with the court fee of $150 Exhibit 1. On August 15, 2001, they filed the **Index** of the docket sheet, returns of service, orders, and pleadings from the County Court of Willacy County Exhibit 2. On September 4, 2001, Plaintiffs Joe B. McDuffie and Katherine McDuffie filed their **Response to Notice of Removal and Notice of Interested Entities** Exhibit 3. August 29, 2001, Defendants Salinas and Garza's Counsel sent the Order Setting Conference before the Honorable Judge Hilda G. Tagle for January 14, 2002, Exhibit 4. The Conference was later rescheduled for January 23, 2002 where the Joint Discovery Plan Scheduling Order was agreed upon by all partries, Exhibit 5.

Why go through all this trouble, with the Defendants Salinas and Garza taking up valuable District Court time, for them to now ask for a dismissal? Wouldn't it have been easier and more cost efficient for Defendants Salinas and Garza to have requested a Motion for Summary Judgement for Dismissal, Exhibit 6, in the County Court of Willacy County, Texas? It's because the Defendants Salinas and Garza and their Counsel took a gamble that Plaintiff Joe B. McDuffie would be initimidated by District Court and withdraw his

lawsuit. Instead he filed his Second Amended Original Petition October 3, 2001, Exhibit 7, with the appropriate changes to reflect the "Federal Questions" brought up by Defendants Salinas and Garza's Counsel and other Civil Rights issues that Plaintiffs Joe B. McDuffie and Katherine McDuffie referred to in their Response to Notice of Removal, Exhibit 3. Plaintiff Joe B. McDuffie disagrees with the Defendants Salinas and Garza's Counsel that the causes of action in this lawsuit are not suitable for District Court. Plaintiff Joe B. McDuffie wants his day in the Honorable District Court to prove otherwise.

**B.** Defendant Salinas claims in section II Statement of Facts paragraph D and E in the Motion for Summary Judgement, Exhibit 6, that he had nothing to do with Plaintiff Joe B. McDuffie's arrest but take a report from Defendant Jennifer Keese on December 20, 2000 and from there the Magistrates office did the rest. Yet, in **Defendant Salinas's Responses and Objections to Plaintiff Joe B. McDuffie's First Set of Interrogatories**, Exhibit 8.

Interrogatory No. 7:

Please identify the individual who prepared both complaint forms signed by Defendant Jennifer Keese and Justice of the Peace for Pct "1 Richard Solis on January 17, 2001 one for Cruelty to Animals and the other Deadly Conduct, and who was responsible for putting the date of the incident on both forms.

Answer: I prepared the forms, relying on the information presented by Jennifer Keese.

So in reality, Defendant Salinas' "finger prints" are all over the complaints January 17, 2001 that resulted in the arrest of Plaintiff Joe B. McDuffie on January 18, 2001.

Plaintiff Joe B. McDuffie filed a complaint to the State Commission on Judicial Conduct, Exhibit 9, on March 28, 2001, regarding the Magistrate issuing of the warrants for his arrest. Again, on November 14, 2001, Plaintiff Joe B. McDuffie sent a fax, Exhibit 10, to Bob Warneke with the State Commission on Judicial Conduct, telling him of the same Magistrate being involved in another attempt to arrest Plainitiff on false charges. Plainitff Joe B. McDuffie is waiting to receive a copy from the State Commission on Judicial Conduct findings in this case which would be of great value in the discovery process of this lawsuit.

C.   Defendant Salinas has already admitted to the negligence, an act of ommission in **Defendant Guillermo Salinas, Jr.'s Responses and Objection to Plainitff Joe B. McDuffie's First Set of Interrogatories**, Exhibit 8, and the **Second Amended Answer of Defendants Gullermo Salinas, Jr. and Hector Garza**, Exhibit 11.

Interrogatory No.6:

Please state with particularity each and every fact upon which you base any claim that at the time and on the occasion in question, you allege to have performed a correct and proper investigation and in connection with such claims, include in you answer:

(a)   identify all witnesses you spoke to prior to the arrest of Plaintiff,

(b)   identify anyand all supporting evidence of such claims.

Answer:   I spoke to Jennifer Keese, who executed a sworn complaint regarding Mr. Duffie's conduct. I presented the complaint to the Court, and the Court issued a warrant.

In the **Second Amended Answer of Defendants Gullermo Salinas, Jr. and Hector Garza** Section III, paragraph D. "Defendants Salinas and Garza admit they did not question Plaintiff Joe McDuffie about this matter, prior to his arrest". From December 20, 2000 to January 17, 2001, Defendant Salinas did not get a statement from Plaintiff Joe B. McDuffie or any other witness listed by Defendant Jennifer Keese on her complaint, that is negligence, an act of ommission.

D.   Defendant Salinas also admits to being the person responsible for tampering with a government document by falsifying the date of the incident on the complaints that he then submitted to another government official in **Defendant Guillermo Salinas, Jr.'s Response and Objections to Plainitff Joe B. McDuffie's First Set of Interrogatories**, Exhibit 8.

Interrogatory No. 7:

Please identify the individual who prepared both complaint forms signed by Defendant Jennifer Keese and Justice of the Peace for Pct "1 Richard Solis on January 17, 2001 one for Cruelty to Animals and the other Deadly Conduct, and who was responsible for putting the date of the incident on both forms.

Answer:   I prepared the forms, relying on the information presented by Jennifer Keese.

The other causes of action are a direct result of Defendant Salinas's negligence and tampering with a government document; the wrongful arrest, malicious prosecution-no probable cause, abuse of office, wrongful imprisonment, and malicious harassment. Plaintiff's Constitutional Rights for **due process in law** were violated by Defendant Salinas' bad faith.

E. Defendant Garza has already admitted to abuse of office by stopping at his house with a government vehicle with Plaintiff Joe B. McDuffie in the Sheriff's car and to being the one that placed the hand cuffs on Plaintiff Joe B. McDuffie in the **Second Amended answer of Defendants Gullermo Salinas, Jr. and Hector Garza**, section III, paragraph F."Defendants Salinas and Garza admit that the Plaintiff was handcuffed and told he was under arrest. Defendants Salinas and Garza admit that Defendant Garza made a brief stop on his way to the jail, and that no other deputy was with him during his brief trip into his home", Exhibit 10. Defendant Garza's bad faith violated Plaintiff's Constitutional Right in Amendment VIII.

Plaintiff Joe B. McDuffie was detained over night in the **Detoxification** cell at Willacy County Jail which was a violation of the use of the detoxification cell according to the Texas State Commission on Jail Standards Notice of Non-Compliance report for December 4, 2001, Exhibit 12, page 1, Minimum Standard Violated 259.139: "Ensure that the detoxifiction cell is used only to house persons going through the detoxification process". Plaintiff Joe B. McDuffie was arrested for Cruelty to Animals, Exhibit 13, and Deadly Conduct, Exhibit 14 and was not intoxicated at the time of his arrest.

## III.
## RESPONSE EVIDENCE

In addition to the pleadings and discovery on file with this Court, Plaintiff Joe B. McDuffie relies on the following evidence by reference:

Exhibit 1:   Defendant's Notice of Removal, JS44 Civil Cover Sheet and Notice of Parties' Identities
Exhibit 2:   Index of the docket sheet, returns of service, orders, and pleadings
Exhibit 3:   Plaintiffs Response to Notice of Removal and Notice of Interested Entities

Exhibit 4:     The Order Setting Conference
Exhibit 5:     Scheduling Order for Joint Discovery Plan
Exhibit 6:     Motion for Summary Judgement of Defendants Guillermo Salinas, Jr. and Hector Garza
Exhibit 7:     Plaintiffs Second Amended Original Petition
Exhibit 8:     Defendant Guillermo Salinas, Jr.'s Responses and Objections to Plaintiff Joe B. McDuffie's First Set of Interrogatories
Exhibit 9:     Plalintiff Joe B. McDuffie's Complaint to the State Commission on Judicial Conduct dated March 28, 2001
Exhibit 10:    Fax Front Sheet to Bob Warneke with the State Commission on Judicial Conduct dated November 14, 2001
Exhibit 11:    Second Amended Answer of Defendants Guillermo Salinas, Jr. and Hector Garza
Exhibit 12:    Report from the Texas Commission on Jail Standards for Non-Compliance at the Willacy County Jail December 4, 2001.
Exhibit 13:    Arrest Warrant for Cruelty to Animals
Exhibit 14:    Arrest Warrant for Deadly Conduct

## IV.
## CONCLUSION

Plaintiff Joe B. McDuffie was denied the Unitied States Constitutional Right to **due process of law** by the negligence of Defendant Salinas in not performing a criminal investigation.

## V.
## PRAYER

For these reasons, Plaintiff Joe B. McDuffie asks the Honorable Judge of Said Court, to deny Defendants Salinas and Garza's Motion for Summary Judgement to Dismiss.

WHEREFORE, PREMESIS CONSIDERED, Plaintiff Joe B. McDuffie prays that the Honorable Court award him the damages, and for such other and further relief to which Plaintiff Joe B. McDuffie may be justly entitled.

Respectfully submitted,

_____
Joe B. McDuffie, *pro se*
Plaintiff
303 S. Shore Dr.
P.O. Box 256
Port Mansfield, Texas 78598
956-944-2777

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing and attached **Plaintiff Joe B. McDuffie's Response to Motion for Summary Judgement of Defendants Guillermo Salinas, Jr. and Hector Garza** has been provided to:

*Via Hand Delivery*
    Jaime Balle
    ADAMS & GRAHAM, L.L.P.
    P.O. Drawer 1429
    Harlingen, Texas 78551

*Certified Mail Return Receipt Requested:*
    Jennifer Keese, *pro se*
    123 Beach St.
    Port Mansfield, Texas 78598

    Joanna R. Lippman
    FLETCHER & SPRINGER, L.L.P.
    720 Brazos Street, Suite 1100
    Austin, Texas 78701

on April 8, 2002.

Joe B. McDuffie