IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOE B. McDUFFIE and<br>KATHERINE L. McDUFFIE,<br>Plaintiffs Pro Se<br><br>v.<br><br>GUILLERMO SALINAS, JR., HECTOR<br>GARZA, JENNIFER KEESE, WILLACY<br>COUNTY SHERIFF'S DEPARTMENT,<br>AND WILLACY COUNTY NAVIGATION<br>DISTRICT | §§§§§§§§§§§ | CIVIL ACTION NO. B-01-143 |

### DEFENDANT WILLACY COUNTY NAVIGATION DISTRICT'S
### DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **WILLACY COUNTY NAVIGATION DISTRICT** (hereinafter referred to as "**WCND**") and files this its designation of expert witnesses to be called during the September 9, 2002 trial on the merits:

I.

Without attesting to their veracity or qualifications, this Defendant reserves the right to call upon the following for expert opinions concerning medicine and/or veterinary medicine:

a. Dr. Herman J. Keillor
   Harlingen Bone & Joint Clinic, P.A.
   1801 Ed Carey Drive, Suite A
   Harlingen, TX 78550-8289
   (956)423-5033

b. A.M. Pickard, D.V.M.
   2 Mi. N. Business Hwy. 77
   Raymondville, TX 78580
   (956)689-2007

c.  M.E. Garcia, D.V.M.
    S. FM Road 3168
    Raymondville, TX 78580
    (956)689-2370

Further, as previously advised, this Defendant reserves the right to request an Independent Medical Exam (IME) of Plaintiff Katherine L. McDuffie, pursuant to Rule 35, *Fed.R.Civ.P.*

WHEREFORE, PREMISES CONSIDERED, this Defendant requests that the Court take judicial notice of the filing and submission of this pleading, and for such further relief, both in law and equity, which this Defendant may be justly entitled to receive.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956)428-7495
Facsimile: (956)428-2954

By: _____
   JAIME BALLI
   State Bar No. 01657980
   Southern Dist. Federal I.D. No.15130
   **ATTORNEY-IN CHARGE**

   **ROGER W. HUGHES**
   State Bar No. 10229500
   Southern Dist. Federal I.D. No. 5950
   **CO-COUNSEL**

**ATTORNEYS FOR DEFENDANT WILLACY COUNTY NAVIGATION DISTRICT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record, on this the 3rd day of May, 2002:

| | |
|---|---|
| Joe B. McDuffie, Pro Se Plaintiff<br>Katherine L. McDuffie, Pro Se Plaintiff<br>303 South Shore Drive<br>Port Mansfield, TX 78598 | Via CM/RRR #70012510000420619503 |
| Jennifer Keese, Pro Se Defendant<br>123 Beach Street<br>Port Mansfield, Texas 78598 | Via CM/RRR #70012510000420619497 |
| Ms. Joanna Lippman<br>FLETCHER & SPRINGER, L.L.P.<br>720 Brazos, Suite 720<br>Austin, TX 78701 | Via CM/RRR #70012510000420619480 |

_____
JAIME BALLI