IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 07 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOE B. MCDUFFIE and KATHERINE MCDUFFIE<br>Plaintiffs, | § § § § § | |
| vs. | § § § | Civil Action No. B-01-143 |
| GUILLERMO SALINAS, JR., HECTOR GARZA, JENNIFER KEESE, WILLACY COUNTY SHERIFF'S DEPARTMENT, and WILLACY COUNTY NAVIGATION DISTRICT<br>Defendants | § § § § § § § § | |

**DEFENDANTS WILLACY COUNTY SHERIFF'S DEPARTMENT,
GUILLERMO SALINAS, JR., AND HECTOR GARZA
DESIGNATION OF EXPERTS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants WILLACY COUNTY SHERIFF'S DEPARTMENT, GUILLERMO SALINAS, JR., and HECTOR GARZA, (hereinafter referred to as "County Defendant"), file the attached Designation of Experts.

Respectfully submitted,

FLETCHER & SPRINGER, L.L.P.
720 Brazos Street, Suite 1100
Austin, Texas 78701
(512) 476-5300 [voice]
(512) 476-5771 [facsimile]

_____
Joanna R. Lippman
State Bar No. 00791122
Southern District No. 29464

Attorneys for Defendants
**Guillermo Salinas, Jr. and Hector Garza
Willacy County Sheriff's Department**

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Designation of Experts** has been provided to:

Joe and Katherine McDuffie, *pro se*
303 South Shore Drive
Port Mansfield, Texas 78598

Jennifer Keese, *pro se*
123 Beach St.
Port Mansfield, Texas 78598

Jaime Balli
**Adams & Graham, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551

by Certified Mail Return Receipt Requested on ___May 3___, 2002.

_____
Joanna R. Lippman

**Non-Retained Potential Experts**

The following non-retained experts may testify with regard to the reconstruction of the incident and offer their opinions as to the investigation and actions taken by the County Defendants. They may also testify in regards to testimony offered by witnesses and/or other parties, concerning the incident, including, but not limited to issuance of the warrant and arrest of Plaintiff. Their testimony is based on their experience, education and professional training. They will rely on information provided to them such as photographs, statements, depositions, inspection, incident investigation reports, all discovery responses and pleadings on file. Defendants will make the records in their possession available for inspection and copying at the office of Defendants' counsel at a time agreed upon by the parties, Monday through Friday, 9:00 am to 5:00 pm.

Guillermo Salinas, Jr.
c/o Joanna Lippman
Fletcher & Springer, L.L.P.
720 Brazos, Suite 1100
Austin, Texas 78701
512/476-5300

Hector Garza
c/o Joanna Lippman
Fletcher & Springer, L.L.P.
720 Brazos, Suite 1100
Austin, Texas 78701
512/476-5300

Juan Angel Guerra
District Attorney
Ruth Gomez
County Attorney
Willacy County Courthouse - 2nd Floor
Raymondville, Texas 78580
956/689-2164

Noe Torres
Willacy County Sheriff's Office
576 West Main Street
Raymondville, Texas 78580
(956) 689-5576

Sergeant Donald W. Keener
Willacy County Sheriff's Office
576 West Main Street
Raymondville, Texas 78580
(956) 689-5576

Deputy Nichols
Willacy County Sheriff's Department
576 West Main
Raymondville, Texas 78580
956/689-5576

Sheriff Larry Spence
Willacy County Sheriff's Department
576 West Main
Raymondville, Texas 78580
956/689-5576

Richard Solis, Justice of the Peace
Precinct No. 1, Place 1
Willacy County
576 W. Main
Raymondville, Texas 78580
956/689-3381

The following non-retained expert may testify with regard to Plaintiff Katherine McDuffie's physical condition at the time of the incident in question.

Herman Keillor, M.D.
Harlingen Bone and Joint Clinic, P.A.
1801 Ed Carey Drive, Suite A
Harlingen, Texas 78550-8292
956/423-5033

The following non-retained experts may testify with regard to the dog at issue in this litigation, the injuries suffered by the dog in December of 2000, and the cause of those injuries.

A.M. Pickard, D.V.M.
North Business Hwy. 77
Raymondville, Texas 78580
956/689-2007

M.E. Garcia, D.V.M.
South Farm Road 3168
Raymondville, Texas 78580
956/689-2370