IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOE B. MCDUFFIE and
KATHERINE MCDUFFIE
    Plaintiffs,

VS                                                    Civil Action No. B-01-143

GUILLERMO SALINAS, JR
HECTOR GARZA
JENNIFER KEESE
WILLACY COUNTY SHERIFF DEPARTMENT
WILLACY COUNTY NAVIGATION DISTRICT
    Defendants

### NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

    Plaintiffs Joe B. McDuffie and Katherine McDuffie file this Notice of Change of Address. Plaintiffs have moved from their Port Mansfield address due to the harassment they and their family have suffered at the hands of the Defendants. Plaintiffs now reside at 104 Larkspur, Uvalde, Texas 78801. Local authorities have been notified of the ongoing harassment on the part of Defendant Jennifer Keese Et Al, and that any complaints or warrants from Willacy County Sheriff Department should be considered suspect.

Respectfully submitted,

Joe B. and Katherine McDuffie, *pro se*
Plaintiffs
104 Larkspur
Uvalde, Texas 78801
830-591-0210