41

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUN 05 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOE B. MCDUFFIE AND | § | |
| KATHERINE MCDUFFIE, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| GUILLERMO SALINAS, JR., | § | CIVIL ACTION NO. B-01-143 |
| HECTOR GARZA, JENNIFER KEESE, | § | |
| WILLACY COUNTY SHERIFF'S DEPT., | § | |
| AND WILLACY COUNTY | § | |
| NAVIGATION DISTRICT, | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted. Further, this Court finds the following:

1) Defendant Willacy County Navigation District's Motion to Dismiss for Lack of Jurisdiction (Doc. # 14) is hereby GRANTED, and the Navigation District is DISMISSED WITH PREJUDICE.

2) Defendant Willacy County Sheriff's Department's Motion to Dismiss (Doc. # 15) is hereby GRANTED, and the Sheriff's Department is DISMISSED WITH PREJUDICE.

3) Defendants Garza and Salinas' Motion for Summary Judgment (Doc. # 30) is hereby GRANTED and they are DISMISSED WITH PREJUDICE.

4) Defendant Jennifer Keese is hereby DISMISSED WITHOUT PREJUDICE.

DONE in Brownsville, Texas on this 5 day of June, 2002.

Hilda Tagle
United States District Judge